**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

**FILED**
**DECEMBER 19, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**07 C 7132**

| In the Matter of | Case Number: |
|---|---|
| International Union of Operating Engineers, Local 150, AFL-CIO vs. Aces Environmental Corp. a/k/a Aces Environmental Consulting Corp., an Illinois limited liability company | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

International Union of Operating Engineers, Local 150, AFL-CIO

**JUDGE DER-YEGHIAYAN**
**MAGISTRATE JUDGE COLE**

| | |
|---|---|
| NAME (Type or print)<br>Dale D. Pierson | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Dale D. Pierson | |
| FIRM<br>Local 150, Legal Department | |
| STREET ADDRESS<br>6140 Joliet Road | |
| CITY/STATE/ZIP<br>Countryside, IL 60525 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6183882 | TELEPHONE NUMBER<br>(708) 579-6663 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |