AO 440 (Rev. 05/00) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**07 C 7132**

SUMMONS IN A CIVIL CASE

International Union of Operating Engineers,
Local 150, AFL-CIO,
        Plaintiff,

V.

Aces Environmental Corp., a/k/a Aces Environmental
Consulting Corp., an Illinois limited liability company

        Defendants.

CASE NUMBER:

ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE:

JUDGE DER-YEGHIAYAN
MAGISTRATE JUDGE COLE



TO: (Name and address of Defendant)

    Please serve: Aces Environmental Consulting Corp.
                c/o Registered Agent
                Daniel T. Coyne
                31 W 780 Poss Road
                Eola, IL 60519

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Dale D. Pierson
Lauren S. Shapiro
Local 150 Legal Department
6140 Joliet Road,
Countryside, IL 60525

an answer to the complaint which is herewith served upon you, within   **20**   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

(By) DEPUTY CLERK



December 20, 2007

Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                     Date                              *Signature of Server*

                                          _____
                                                      *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

State of Illinois

General No.: 07C7132

County of USDC CHICAGO

### AFFIDAVIT OF SERVICE

LEROY KARCZEWSKI deposes and says that he/she is a licensed or registered employee of a Private Detective Agency, licensed by the Illinois Department of Professional Regulation and therefore authorized, pursuant to the provisions of Chapter 735, Code of Civil Procedure Section 5/2-202, Illinois Compiled Statutes, to serve process in the above cause, and that the defendant was served in the following manner:

On 2/6/2008 at 11:35:00 AM by leaving a true and correct copy of the attached SUMMONS and COMPLAINT with Aces Enviornmental Consulting Corp c/o Daniel T. Coyne as shown below:

Served the wihin named Aces Enviornmental Consulting Corp c/o Daniel T. Coyne by delivering a true and correct copy of the SUMMONS and COMPLAINT , to Todd Coyne a person authorized to accept service of process as agent.

Said service was effected at 31W780 Poss Rd., Eola, IL  60519

Description of Person Served Sex:   Height:    Weight:    Race:    Age:

Additional or Other Information:

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to such matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

2-7-08
Dated

Leroy Karczewski
117-000192