UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

International Union of Operating Engineers,
Local 150, AFL−CIO

　　　　　　　　　　　　　　　　　　　　Plaintiff,

v.　　　　　　　　　　　　　　　　　　　Case No.: 1:07−cv−07132
　　　　　　　　　　　　　　　　　　　　Honorable Samuel
　　　　　　　　　　　　　　　　　　　　Der−Yeghiayan

Aces Environmental Corp.

　　　　　　　　　　　　　　　　　　　　Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 14, 2008:

　　　　MINUTE entry before Judge Samuel Der−Yeghiayan : Based upon Plaintiff's representations to this Court's Courtroom Deputy that the parties have reached a settlement, status hearing set for 02/19/08 is stricken and defendant's responsive brief is stayed. Status hearing reset to 02/28/08 at 9:00 a.m. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.