IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

INTERNATIONAL UNION OF           )
OPERATING ENGINEERS, LOCAL       )
150, AFL-CIO,                    )
                                 )        CIVIL ACTION
                                 )
            Plaintiff,           )        NO. 07 C 7132
      vs.                        )
                                 )
ACES ENVIRONMENTAL CORP. a/k/a   )        JUDGE DER-YEGHIAYAN
ACES ENVIRONMENTAL               )        MAGISTRATE JUDGE COLE
CONSULTING CORP., an             )
limited liability company,       )
                                 )
            Defendant.           )

## MOTION TO DISMISS

NOW COMES the Plaintiff, by and through its attorneys, and, as of right in accordance

with Rule 41(a)(1)(i), Federal Rules of Civil Procedure, hereby dismisses this action without

prejudice to the rights of Plaintiff.


                              By:   s/Lauren S. Shapiro
                                    Attorney for the Plaintiff


Name and Address of Attorney for the Plaintiff:

Dale D. Pierson
Lauren S. Shapiro
IUOE LOCAL 150
LEGAL DEPARTMENT
6140 Joliet Road
Countryside, IL  60525
(708) 579-6663
(708) 588-1647 - facsimile

I:\AE\Aces Environmental\notice.dismissal.2.19.08.doc