IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 150, AFL-CIO, | ) ) ) ) | |
| | ) | CIVIL ACTION |
| Plaintiff, | ) ) | NO. 07 C 7132 |
| vs. | ) ) | |
| ACES ENVIRONMENTAL CORP. a/k/a ACES ENVIRONMENTAL CONSULTING CORP., an limited liability company, | ) ) ) ) ) | JUDGE DER-YEGHIAYAN MAGISTRATE JUDGE COLE |
| Defendant. | ) | |

## NOTICE OF MOTION

TO:   Mr. Daniel Coyne
      Aces Environmental Corp.
      31 W. 780 Poss Road
      Eola, Illinois 60519

PLEASE TAKE NOTICE that on the 28th day of February, 2008 at 9:00 a.m., or as soon thereafter as counsel can be heard, we shall appear before the Honorable Judge Der-Yeghiayan of the United States District Court for the Northern District of Illinois, Eastern Division, in Courtroom 1903 at 219 South Dearborn Street, Chicago, IL, and then and there present Plaintiff's Motion to Dismiss, a copy of said motion is attached hereto.

                                            By:   s/Lauren S. Shapiro
                                                  Attorney for the Plaintiff

Name and Address of Attorney for the Plaintiff:
Dale D. Pierson
Lauren S. Shapiro
IUOE LOCAL 150
LEGAL DEPARTMENT
6140 Joliet Road
Countryside, IL  60525
(708) 579-6663
(708) 588-1647 – fax

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney of record, hereby certifies that she caused a copy of the foregoing *Notice of Motion* and *Motion to Dismiss* to be served upon:

Mr. Daniel Coyne
Aces Environmental Corp.
31 W. 780 Poss Road
Eola, Illinois 60519
(630) 499-9402 - facsimile

via U.S. mail and facsimile on or before the hour of 5:00 p.m. this 21st day of February, 2008.

By:   s/Lauren S. Shapiro
        Attorney for the Plaintiff

Name and Address of Attorney for the Plaintiff:

Dale D. Pierson
Lauren S. Shapiro
IUOE LOCAL 150
LEGAL DEPARTMENT
6140 Joliet Road
Countryside, IL  60525
(708) 579-6663
(708) 588-1647 - facsimile

I:\AE\Aces Environmental\notice.motion.dismiss.doc