## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Samuel Der-Yeghiayan | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7132 | **DATE** | 2/26/2008 |
| **CASE TITLE** | International Union of Operating Engineers, Local 150, AFL-CIO vs. Aces Environmental Corp. | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion to dismiss [10] is granted. The instant case is hereby dismissed without prejudice, each party to bear its own costs and fees. All pending dates and motions are hereby stricken as moot. Civil case terminated.

Docketing to mail notices.

| | Courtroom Deputy Initials: | maw |
|---|---|---|